UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tami Cole,                              )
                                        )
       Plaintiff,                       )
                                        )
v.                                      )   Civil Action No.
                                        )   1:06CV01036
U.S. Capitol Police Board,              )
                                        )
       Defendant.                       )
                                        )
_____ )

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

      Please take notice that plaintiff is filing herewith the declaration of David Rodney Pleasant attesting to the service of the summons and Complaint in this case upon defendant U.S. Capitol Police Board, in the person of Wilson Livingood, Chairman, U.S. Capitol Police Board.

Respectfully submitted,

*/s/ Cheryl Polydor*
Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W.
Washington, DC 20036
(202) 955-1100

Counsel for Plaintiff

September 29, 2006