## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of <u>Tami Cole v. U.S. Capitol Police Board</u>, Case No. 1:06CV01036, a matter before the United States District Court for the District of Columbia.

My name is **David Rodney Pleasant**

My address is **320 Anacostia Rd. S.E. #B-22 20019 Wash, D.C.**

I hand-delivered the summons for service of the complaint in this case to Wilson Livingood, Chairman, United States Capitol Police Board, and also courtesy copies to Rick Herrera, Chief Employment Counsel, United States Capitol Police Board, and John Caulfield, General Counsel, United States Capitol Police Board, on September 5, 2006, in the following manner:

**I David Rodney Pleasant, Handed Packges to Agents At the trailor At 160 D st N.E. US Capital Police located across the street Precinct.**

I declare under penalty of perjury that the foregoing is true and correct on this date of September 26, 2006.

Typed Name

**David Rodney Pleasant**

Signature

**[signature]**

**NOTARY**

District of Columbia : SS
Subscribed and Sworn to before me
this **26** day of **September**, **2006**

**[signature] Jenna Carter**
Notary Public, D.C.
My commission expires **5/31/11**

Jenna Carter
Notary Public, District of Columbia
My Commission Expires **5/31/11**