## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Tami Cole,                                      )
                                                )
          Plaintiff,                            )
                                                )
     v.                                         )     Civil Action No.
                                                )     1:06CV01036
U.S. Capitol Police Board,                      )
                                                )
          Defendant.                            )
                                                )
_____ )

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that plaintiff is filing herewith the declaration of Jenna Carter attesting to the service of the summons and Complaint in this case upon the Attorney General of the United States, Alberto Gonzales.

Respectfully submitted,

Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W.
Washington, DC 20036
(202) 955-1100

Counsel for Plaintiff

September 29, 2006