UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Capitol Police Board, )<br>)<br>      Defendant. )<br>)<br>_____) | Civil Action No.<br>1:06CV01036 |

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

      Please take notice that plaintiff is filing herewith the declaration of Jenna Carter attesting to the service of the summons and Complaint in this case upon the United States Attorney for the District of Columbia, Kenneth Weinstein.

                                                                            Respectfully submitted,

                                                                            _/s/ Cheryl Polydor_
                                                                            Cheryl Polydor
                                                                            D.C. Bar # 454066
                                                                            JOHN BERRY, P.L.L.C.
                                                                            1990 M Street, N.W.
                                                                            Washington, DC 20036
                                                                            (202) 955-1100

                                                                            Counsel for Plaintiff

September 29, 2006