UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole,<br>    Plaintiff,<br><br>v.<br><br>United States Capitol Police Board,<br>119 D Street, N.E.<br>Washington, DC 20510,<br><br>    Defendant. | Case No. 1:06CV01036<br>The Honorable Colleen Kollar-Kotelly |

## MOTION TO PERMIT WITHDRAWAL
## OF COUNSEL

COMES NOW, Plaintiff Tami Cole, pursuant to United States District Court for the District of Columbia Local Rule LCvR 83.6 (c), and requests that Cheryl Polydor, Esq. be permitted leave of court to withdraw as counsel in the above entitled case. Plaintiff Cole and her attorney, Cheryl Polydor, have mutually agreed that:

1. A change in direction has made new counsel necessary in this case, and

2. Attorney Polydor will seek this Court's permission to withdraw her representation of the Plaintiff.

The case is still in the pre-trial stage. No trial date has been set, and there is time for the Plaintiff to obtain other counsel. Plaintiff Cole is actively seeking other representation. Consistent with District of Columbia Rule of Professional Conduct 1.16(d) and LCvR 83.6, counsel's withdrawal will not have any adverse impact on the Plaintiff's representation.

The Plaintiff's current address is 222 Breezewood Drive, Warrenton, Virginia 20186, and counsel has served a copy of this Motion on the Plaintiff. In addition, the notice required by LCvR 83.6(c), advising plaintiff to obtain other counsel is attached hereto as Exhibit #1.

As such, Plaintiff Tami Cole requests leave from this Court to permit the withdrawal of Cheryl Polydor, Esq. from this case.

Counsel has made several attempts, over the course of approximately a week, to reach opposing counsel to discuss the Motion, pursuant to District of Columbia Local Rule LCvR 7.1(m), but has not received a response to any of the several telephone messages left for him.

Respectfully Submitted,

_____

Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W. Suite 610
Washington, D.C. 20036
(202) 955-1100

Date: October 25, 2006           _____
                                  Plaintiff, Tami Cole

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole,<br>    Plaintiff,<br><br>v.<br><br>United States Capitol Police Board,<br>119 D Street, N.E.<br>Washington, DC 20510,<br><br>    Defendant. | Case No. 1:06CV01036<br>The Honorable Colleen Kollar-Kotelly |

## ORDER

UPON CONSIDERATION of the Plaintiff's _____ Motion to Permit Withdrawal of Counsel, it is by this Court on this _____ day of _____, 2006,

ORDERED, that Counsel for Plaintiff, Cheryl Polydor, Esq. is granted permission to withdraw from the above captioned appeal.

_____  
Date

_____  
The Honorable Colleen Kollar-Kotelly  
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I served a true copy of the attached Motion for Withdrawal and a Proposed Order, on Defendant Capitol Police Board and counsel of record listed below, via the Court's ECF systems and via First Class Mail, and on Plaintiff, via First-Class Mail.

Wilson R. Livingood
Chairman
United States Capitol Police Board
Office of the Clerk
U.S. Capital, Room H-154
Washington, D.C. 20515-6601

The Hon. Alberto R. Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Kenneth L. Wainstein, Esq.
U.S. Attorney
555 4th Street, N.W.
Washington, DC 20530

Frederick M. Herrera, Esq. & Scharon Ball, Esq.
Office of Chief Employment Counsel
Counsel for United States Capitol Police Board
119 D Street, N.E.
Washington, D.C. 20510

Tami Cole
222 Breezewood Drive
Warrenton, Virginia 20186

_____
Adam Pekor

**EXHIBIT #1**

Dear Ms. Cole:

As we agreed, I am withdrawing from your case. However, it is very important that you retain other counsel immediately to represent your interests in <u>Tami Cole v. United States Police Board</u>, Case No. 1:06V01036, currently in the U.S. District Court for the District of Columbia.

        Sincerely,


        Cheryl Polydor
        D.C. Bar # 454066
        JOHN BERRY, P.L.L.C.
        1990 M Street, N.W. Suite 610
        Washington, D.C. 20036
        (202) 955-1100