UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. Capitol Police Board,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.<br>)   1:06CV01036<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

    Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel in this case upon the United States Attorney for the District of Columbia, Kenneth Weinstein.

                                          Respectfully submitted,

                                          _____
                                          Cheryl Polydor
                                          D.C. Bar # 454066
                                          JOHN BERRY, P.L.L.C.
                                          1990 M Street, N.W.
                                          Washington, DC 20036
                                          (202) 955-1100

                                          Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 1:06CV01036 |
| U.S. Capitol Police Board, | ) |
|       Defendant. | ) |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

    Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel upon the Attorney General of the United States, Alberto Gonzales.

                                                      Respectfully submitted,

                                                      _____
                                                      Cheryl Polydor
                                                      D.C. Bar # 454066
                                                      JOHN BERRY, P.L.L.C.
                                                      1990 M Street, N.W.
                                                      Washington, DC 20036
                                                      (202) 955-1100

                                                      Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Capitol Police Board, )<br>)<br>   Defendant. )<br>)<br>_____ ) | Civil Action No.<br>1:06CV01036 |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

  Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel upon the Plaintiff, Tami R. Cole.

                  Respectfully submitted,


                  _____
                  Cheryl Polydor
                  D.C. Bar # 454066
                  JOHN BERRY, P.L.L.C.
                  1990 M Street, N.W.
                  Washington, DC 20036
                  (202) 955-1100

                  Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole,                                    )  | |
|                                               )  | |
|            Plaintiff,                         )  | |
|                                               )  | |
|     v.                                        )  | Civil Action No. |
|                                               )  | 1:06CV01036 |
| U.S. Capitol Police Board,                    )  | |
|                                               )  | |
|            Defendant.                         )  | |
|                                               )  | |
|  _____)         | |

### NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel in this case upon defendant U.S. Capitol Police Board, in the person of Wilson Livingood, Chairman, U.S. Capitol Police Board.

Respectfully submitted,

_____
Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W.
Washington, DC 20036
(202) 955-1100

Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>U.S. Capitol Police Board, )<br>)<br>　　　　Defendant. )<br>) | Civil Action No.<br>1:06CV01036 |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

　　Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel upon Frederick R. Herrera, Esq., and Scharon Ball, Esq., Office of Chief Employment Counsel, U.S. Capitol Police Board, attorneys for Defendant United States Capitol Police Board.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Cheryl Polydor
　　　　　　　　　　　　　　　　　　　D.C. Bar # 454066
　　　　　　　　　　　　　　　　　　　JOHN BERRY, P.L.L.C.
　　　　　　　　　　　　　　　　　　　1990 M Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　(202) 955-1100

　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

October 25, 2006