# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of _Cole v. USCP Board_, a matter before the U.S. District Court for the District of Columbia. Case no. 1:06CV01036

My name is __Hyojin Bae__.

My address is _____

I sent the summons for the Motion to Permit Withdrawal in this matter on the following party, via the Court's ECF systems and via First-Class Mail, on October 24, 2006:

Wilson R. Livingood
Chairman
United States Capitol Police Board
Office of the Clerk
US Capital, Room H-154
Washington, D.C. 20515-6601

I declare under penalty of perjury that the foregoing is true and correct on this date of October 24, 2006.

Printed Name                    Signature

_____                _____

**NOTARY**

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of <u>Cole v. USCP Board</u>, a matter before the U.S. District Court for the District of Columbia. Case No. 1:06CV01036

My name is __Hyojin Bae__.

My address is _____

I sent the summons for the Motion to Permit Withdrawal in this matter on the following party, via the Court's ECF systems and via First-Class Mail, on October 24, 2006:

The Hon. Alberto R. Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct on this date of October 24, 2006.

Printed Name                    Signature

_____                  _____

**NOTARY**

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of _____, a matter before the U.S. District Court for the District of Columbia.

My name is _____.

My address is _____

I sent the summons for the Motion to Permit Withdrawal in this matter on the following party, via the Court's ECF systems and via First-Class Mail, on October 24, 2006:

Kenneth L. Wainstein, Esq.
U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct on this date of October 24, 2006.

Printed Name                    Signature

_____                  _____

**NOTARY**

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of _____, a matter before the U.S. District Court for the District of Columbia.

My name is _____.

My address is _____

I sent the summons for the Motion to Permit Withdrawal in this matter on the following party, via the Court's ECF systems and via First-Class Mail, on October 24, 2006:

Frederick M. Herrera, Esq. & Scharon Ball, Esq.
Office of Chief Employment Counsel
Counsel for United States Capitol Police Board
119 D Street, N.E.
Washington, D.C. 20510

I declare under penalty of perjury that the foregoing is true and correct on this date of October 24, 2006.

Printed Name                         Signature

_____                      _____

**NOTARY**

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of _____, a matter before the U.S. District Court for the District of Columbia.

My name is _____

My address is _____

I sent the summons for the Motion to Permit Withdrawal in this matter on Plaintiff Tami R. Cole at the following address, via First-Class Mail, on October 24, 2006:

*Tami Cole*
*222 Breezewood Drive*
*Warrenton, Virginia 20186*

I declare under penalty of perjury that the foregoing is true and correct on this date of October 24, 2006.

Printed Name                                Signature

_____          _____

**NOTARY**