UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>U.S. Capitol Police Board )<br> )<br> Defendant. )<br> )<br>_____)  | Civil Action No.<br>1:06CV01036 |

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Motion to Withdraw in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 25th day of October, 2006, via the Court's ECF systems and First-Class Mail upon the Defendant, United States Capitol Police Board, and via First-Class Mail upon the Plaintiff, as follows:

 Wilson R. Livingood
 Chairman
 United States Capitol Police Board
 Office of the Clerk
 U.S. Capital, Room H-154
 Washington, D.C. 20515-6601

 The Hon. Alberto R. Gonzales
 U.S. Attorney General
 U.S. Department of Justice
 950 Pennsylvania Avenue, N.W.
 Washington, DC 20530

        Kenneth L. Wainstein, Esq.
        U.S. Attorney
        555 4th Street, N.W.
        Washington, DC 20530

        Frederick M. Herrera, Esq. & Scharon Ball, Esq.
        Office of the Chief Employment Counsel
        Counsel for United States Capital Police Board
        119 D Street, N.E.
        Washington, D.C. 20510

        Sgt. Tami R. Cole
        222 Breezewoord Drive
        Warrenton, Virginia 20186

        Respectfully submitted,

        _____
        Cheryl Polydor
        D.C. Bar # 454066
        JOHN BERRY, P.L.L.C.
        1990 M Street, N.W.
        Washington, DC 20036
        (202) 955-1100

        Counsel for Plaintiff

October 25, 2006