UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. Capitol Police Board,  )<br>  )<br>      Defendant.  )<br>  )<br>_____)  | Civil Action No.<br>1:06CV01036 |

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel in this case upon the United States Attorney for the District of Columbia, Kenneth Weinstein.

                                         Respectfully submitted,

                                         _____
                                         Cheryl Polydor
                                         D.C. Bar # 454066
                                         JOHN BERRY, P.L.L.C.
                                         1990 M Street, N.W.
                                         Washington, DC 20036
                                         (202) 955-1100

                                         Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:06CV01036 |
| U.S. Capitol Police Board, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

      Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel upon the Attorney General of the United States, Alberto Gonzales.

                                       Respectfully submitted,

                                       _____
                                       Cheryl Polydor
                                       D.C. Bar # 454066
                                       JOHN BERRY, P.L.L.C.
                                       1990 M Street, N.W.
                                       Washington, DC 20036
                                       (202) 955-1100

                                       Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:06CV01036 |
| U.S. Capitol Police Board, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

### NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel upon the Plaintiff, Tami R. Cole.

Respectfully submitted,

_____
Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W.
Washington, DC 20036
(202) 955-1100

Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole,                             ) | |
|                 Plaintiff,     ) | |
| v.                                           ) | Civil Action No. |
|                                               ) | 1:06CV01036 |
| U.S. Capitol Police Board,       ) | |
|                 Defendant.  ) | |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

      Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel in this case upon defendant U.S. Capitol Police Board, in the person of Wilson Livingood, Chairman, U.S. Capitol Police Board.

                                                      Respectfully submitted,

                                                       _____

                                                       Cheryl Polydor
                                                     D.C. Bar # 454066
                                                   JOHN BERRY, P.L.L.C.
                                                   1990 M Street, N.W.
                                                   Washington, DC 20036
                                                   (202) 955-1100

                                                   Counsel for Plaintiff

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:06CV01036 |
| U.S. Capitol Police Board, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that plaintiff is filing herewith the declaration of Hojin Bae attesting to the service of the Motion to Permit Withdrawal of Counsel upon Frederick R. Herrera, Esq., and Scharon Ball, Esq., Office of Chief Employment Counsel, U.S. Capitol Police Board, attorneys for Defendant United States Capitol Police Board.

Respectfully submitted,

_____
Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W.
Washington, DC 20036
(202) 955-1100

Counsel for Plaintiff

October 25, 2006