UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tami Cole,<br>   Plaintiff,<br><br>  v.<br><br>United States Capitol Police Board,<br>119 D Street, N.E.<br>Washington, DC 20510,<br><br>   Defendant. | Case No. 1:06CV01036<br>The Honorable Colleen Kollar-Kotelly |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I served a true copy of the attached Motion for Withdrawal and a Proposed Order, filed electronically on October 25, 2006 with the United States District Court for the District of Columbia, by First-Class Mail on the following:

Tami Cole
222 Breezewood Drive
Warrenton, Virginia 20186

Wilson R. Livingood
Chairman
United States Capitol Police Board
Office of the Clerk
U.S. Capitol, Room H-154
Washington, D.C. 20515-6601

The Honorable Alberto R. Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Kenneth L. Weinstein, Esq.
U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____
Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W. Suite 610
Washington, D.C. 20036
(202) 955-1100