UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMI COLE<br><br>　　　Plaintiff<br><br>　　　v.<br><br>UNITED STATES CAPITOL POLICE<br><br>　　　Defendant | Civil Action No. **06cv1036**<br>Judge Colleen Kollar-Kotelly |

### ORDER

On December 13, 2006, the Court received notice from Scharon Ball, counsel for the defendant, that the parties have reached a settlement in principle.

Accordingly, it is this 14th day of December, 2006,

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice until Friday, December 22, 2006, approximately one week [eight days] from the date of this Order. Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

　　　　　　　　　　　　　　　　　　　_/s/ Colleen Kollar-Kotelly_
　　　　　　　　　　　　　　　　　　　JUDGE COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Tami Cole
222 Breezewood Drive
Warrenton, VA 20186

(Continued on next page.)

Copies to: (Continued.)

Frederick Michael Herrera
U.S. Capitol Police Board
119 D Street, NE, Suite 510
Washington, D.C. 20510

Scharon Ball, Esq.
U.S. Capitol Police Board
119 D Street, NE
Washington, D.C. 20510